UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61953-Civ-WILLIAMS

SHARI KAVALIN, on behalf of
herself and all others similarly situated,

    Plaintiff,

vs.

PRIMARY FINANCIAL
SERVICES, LLC, et al.,

    Defendants.
_____/

### ORDER REQUIRING JOINT PRE-TRIAL SCHEDULING REPORT

By no later than 5:00 p.m, October 21, 2011, the Parties shall file a joint pre-trial scheduling report, as required by Local Rule 16.1. As part of that report, the Parties shall complete and submit the attached form proposing deadlines for the case. The Parties are instructed to modify the form to include dates regarding class certification.

DONE AND ORDERED in chambers in Miami, Florida, this 7th day of October, 2011.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. XX-XXXXX-Civ-WILLIAMS

PARTY NAME,

    Plaintiff(s),

vs.

PARTY NAME,

    Defendant(s).
_____/

## SCHEDULE JOINTLY PROPOSED BY THE PARTIES

This MATTER is set for trial for the week of [Month, Day, Year]. The Parties propose to adhere to the following schedule:

| | |
|---|---|
| [Month, Day, Year] | The Parties shall furnish lists with names and addresses of fact witnesses. The Parties are under a continuing obligation to supplement discovery responses with ten (10) days of receipt or other notice of new or revised information. |
| [Month, Day, Year] | The Parties shall select a mediator and jointly file a proposed order scheduling mediation. |
| [Month, Day, Year] | The Parties shall file motions to amend pleadings or join Parties. |

1

| | |
|---|---|
| [Month, Day, Year] | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Local Rule 16.1(k). |
| [Month, Day, Year] | The Defendant shall disclose experts, expert witness summaries and reports, as required by Local Rule 16.1(k). |
| [Month, Day, Year] | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Local Rule 16.1(k). |
| [Month, Day, Year] | The Parties shall complete all discovery, including expert discovery. |
| [Month, Day, Year] | The Parties shall complete mediation and file a mediation report with the Court. |
| [Month, Day, Year] | The Parties shall file all dispositive pre-trial motions and memoranda of law. |
| [Month, Day, Year] | The Parties shall file a joint pre-trial stipulation, as required by Local Rule 16.1(e) and final proposed jury instructions. Joint proposed jury instructions or conclusions of law (for non-jury trials) shall outline: 1) the legal elements of Plaintiff's claims, including damages; and 2) the legal elements of the defenses that are raised. |
| [Month, Day, Year] | The Parties shall file witness and exhibit lists and all motions *in limine*. The witness list shall include only |

those witnesses the Parties actually intend to call at trial and shall include a brief synopsis of their testimony. The exhibit lists shall identify each witness that will introduce each exhibit.

By:         **[Attorney(s) for Plaintiff(s)]**            **[Attorney(s) for Defendant(s)]**

3